B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BELMONT PIZZA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3237735** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street<br>Suite 400<br>Chicago, IL**   ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [■] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [■] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BELMONT PIZZA, INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)
Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| :--- |
| **BELMONT PIZZA, INC.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| :--- | :--- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza
Suite 1200
Chicago, IL 60606**

_____
Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125 Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
BELMONT PIZZA, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being the sole Director of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOLVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent this _16_ day of February, 2011.

JOHN APOSTOLOU, Director

```
9N6-PRAXAIR DISTRIBUTION, INC.
DEPT CH 10660
PALATINE, IL 60055-0660


ADAN, FERNANDO
6312 N. PAULINA 2B
CHICAGO, IL 60660


AFFORDABLE COMMUNICATIONS, INC
2450 DELTA LN
ELK GROVE VILLAGE, IL 60007


AGUILAR, DANIEL
4510 N. KEDZIE
CHICAGO, IL 60618


AGUILAR, RUBEN
4510 N KEDZIE
CHICAGO, IL 60625


ALERT PROTECTIVE SERVICES, INC
3633 NORTH CICERO AVENUE
CHICAGO, IL 60641-3623


ALPHA FILTERS, INC.
P.O. BOX 30149
CHICAGO, IL 60630


ALPHA OLYMPIC SANITATION
P.O. BOX 253
LOMBARD, IL 60148


AMERICANA FOODS, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


AMERICO INC
P.O. BOX 2125
WEST MEMPHIS, AR 72303


ANDRES, DANIEL
822 W. CUYLER
CHICAGO, IL 60613
```

ANGELOS, CHRISTOS
1250 S MICHIGAN AVE #709
CHICAGO, IL 60605

ANTONIO VELAZQUEZ
709 E. HACKBERRY LN
MT PROSPECT, IL 60056

ARAMARK UNIFORM SERVICES
4200 SOUTH HALSTED STREET
CHICAGO, IL 60609-2635

ARRIAGA, FRANCISCO
4530 N WOLCOTT #3
CHICAGO, IL 60640

ASC MECHANICAL
8926 N GREENWOOD
NILES, IL 60714

ASCO INSURANCE SERVICES INC.
8729 NORTH NARRAGANSETT AVENUE
MORTON GROVE, IL 60053

Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606

AT&T
P.O. BOX 8100
AURORA, IL 60507-8100

AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM, IL 60197

AVAYA, INC.
P.O. BOX 5125
CAROL STREAM, IL 60197-5125

AVENUE METAL MANUFACTURING
1640 WEST OGDEN AVENUE
CHICAGO, IL 60612-3234

AYALA, JAYRO
2821 W FLETCHER
CHICAGO, IL 60618


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARAJAS, ALBERTO
4822 W. BERNICE
CHICAGO, IL 60641


BARRIOS, LAURA L.
3021 N. LAMON
CHICAGO, IL 60641


BEDOYA, CATALINA
1405 W. BELLE PLAINE APT 1W
CHICAGO, IL 60613


BEREZOSKI, KENNETH J.
1827 S. ELMWOOD AAVE
BERWYN, IL 60402


BEST NEON SIGN COMPANY
6025 SOUTH NEW ENGLAND
CHICAGO, IL 60638


BOSKOVA, ANASTASJA
510 W. BELMONT
CHICAGO, IL 60657


CARPET CRAFTERS
5160 WEST 127th STREET
ALSIP, IL 60803


CARSON, EMILY M.
1109 W. GRACE STREET APT 2
CHICAGO, IL 60613


CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL 60675-5723

CERVANTES, KARISSA R.
3744 S. PARNELL
CHICAGO, IL 60609

CHAVIRA, HECTOR
3117 N KOSTNER
CHICAGO, IL 60629

CHICAGO BEVERAGE SYSTEMS, LLC
135 SOUTH LASALLE STREET
CHICAGO, IL 60674-6230

CHICAGO SOFT DRINK TAX
P.O. BOX 642603
CHICAGO, IL 60664-2603

CINTAS #769
1201 W ST. CHARLES RD
MAYWOOD, IL 60153

CINTAS FIRST AID & SAFETY
1870 BRUMMEL DRIVE
ELK GROVE VILLAGE, IL 60007

CITY OF CHICAGO
8108 INNOVATION WAY
CHICAGO, IL 60682-0082

CITY OF CHICAGO
P.O. BOX 6330
CHICAGO, IL 60680

CITY OF CHICAGO
30 NORTH LASALLE ST RM 900
CHICAGO, IL 60602

CITY OF CHICAGO DEPARTMENT OF
8034 INNOVATION WAY
CHICAGO, IL 60682

CITY OF CHICAGO DEPT OF BACP
CITY HALL
CHICAGO, IL 60602

COBBLESTONE OVENS
4301 REGENCY DRIVE
GLENVIEW, IL 60025


COCA COLA BOTTLING COMPANY
CICERO SALES CENTER
CHICAGO, IL 60674


COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001


COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111


COMMERCIAL LIGHT COMPANY
245 FENCL LANE
HILLSIDE, IL 60162


COOK COUNTY TREASURER
P.O. BOX 4488
CAROL STREAM, IL 60197-4488


COZZINI BROS, INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


CRUZ, JESSICA T.
2728 HARVEY
BERWYN, IL 60402


CSI - COKER SERVICE, INC.
125 WEST NORTH AVENUE
VILLA PARK, IL 60181


DALMARES PRODUCE, INC.
1314 WEST 21st STREET
CHICAGO, IL 60608


DEL REAL, ZENAIDA E.
4115 N KENMORE
CHICAGO, IL 60613

DELTA HEATING-AIR CONDITIONING
P.O. BOX 728
ROSEMONT, IL 60018


DELUXE BUSINESS CHECKS AND SOL
P.O. BOX 742572
CINCINNATI, OH 45274-2572


DEPT OF REVENUE COLLECTIONS UN
121 N LASALLE STREET
CHICAGO, IL 60602


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DIAZ, ADELINA
4041 S ALBANY
CHICAGO, IL 60632


DIRECT TV
P.O. BOX 9001069
LOUISVILLE, KY 40290-1069


DURAN, MELISSA A.
4821 N. KEELER
CHICAGO, IL 60630


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


ESPINOZA, ESTEBAN
2316 S. WHIPPLE
CHICAGO, IL 60623


FERNANDO ADAN
6312 NORTH PAULINA AVE
CHICAGO, IL 60660


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075

FIGUEROA, RENE
5650 N SHERIDAN RD
CHICAGO, IL 60660

FINTECH.NET
7702 WOODLAND CENTER BLVD
TAMPA, FL 33614

FLORES, ABRAHAM B.
3136 N. RIDGEWAY
CHICAGO, IL 60618

FLORES, HUGO
3417 W. MELROSE ST.
CHICAGO, IL 60618

FLORES, TELESFORO
3617 W. CORTLAND
CHICAGO, IL 60647

FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

FRANCISCO ARRIAGA
4530 NORTH WOLCOTT
CHICAGO, IL 60640

G & B PLUMBING & HEATING, INC.
7000 LECLAIRE
SKOKIE, IL 60077

GAMA, FILIMON
3123 N RIDGEWAY
CHICAGO, IL 60618

GARCIA, ABEL
3117 N KOSTNER
CHICAGO, IL 60641

```
GARCIA, ALAN
3217 N RIDGEWAY
CHICAGO, IL 60618


GARCIA, JORGE
4704 W. 13TH ST
CICERO, IL 60804


GARDA CL SOUTHWEST INC.
P O BOX 90152
PASADENA, CA 91109


GATOR CHEF
10 NORTH MARTINGDALE RD
SCHAUMGURG, IL 00060-1373


GENESIS MECHANICAL CORPORATION
14810 CICERO AVE.
OAK FOREST, IL 60452


GEORGIEVA, VIOLETA
459 W BRIAR
CHICAGO, IL 60657


GERARDO, ROGELIO
4515 N SAWYER
CHICAGO, IL 60625


GIORDANO'S ADVERTISING FUND
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GIORDANO'S FRANCHISE, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GIORDANOS OF PRUDENTIAL
130 E. RANDOLPH
CHICAGO, IL 60601
```

GLASS & MIRROR AMERICA
643 BLACKHAWK DR.
WESTMONT, IL 60659


GODINEZ, CESAR O.
3916 W. 60TH STREET
CHICAGO, IL 60629


GONNELLA
2758 EAGLE WAY
CHICAGO, IL 60678-1027


GONZALEZ, CARLOS
3411 W CORTLAND
CHICAGO, IL 60647


GRECO AND SONS, INC.
1550 HECHT ROAD
BARTLETT, IL 60103


GUARANTEED SERVICE & SUPPLY, I
24616 WEST ROLLINS ROAD
ROUND LAKE, IL 60073


HASSAN, SALMAN S.
3807 W KEENEY STREET
SKOKIE, IL 60076


HERNANDEZ, CELSO
2655 S. TRIPP
CHICAGO, IL 60623


HERNANDEZ, ISAI R.
822 W. CUYLER
CHICAGO, IL 60613


HERNANDEZ, JOSE A.
3072 N. AVERS
CHICAGO, IL 60618


ILLINOIS DEPARTMENT OF REVENUE
RETAILER'S OCCUPATION TAX
SPRINGFIELD, IL 62776-0001

ILLINOIS DEPT OF REV. BANKRUPTCY DIV
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS LIQUOR CONTROL COMMIS
100 WEST RANDOLPH STREET
CHICAGO, IL 60601


INTEGRYS ENERGY SERVICES, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


J.S. PALUCH COMPANY, INC.
P.O. BOX 2703
SCHILLER PARK, IL 60176


JASSO, SUSANA
1916 N SAWYER AVE
CHICAGO, IL 60647


JOHN DUHR
JOHN'S LOCKSMITH
CHICAGO, IL 60630


JUDGE & DOLPH, LTD
P.O. BOX 809180
CHICAGO, IL 60680-9180


KANIA, ANNA M.
3135 N LUNA
CHICAGO, IL 60634


KOCH, LETICIA J.
1405 W. BELLE PLAINE APT 1W
CHICAGO, IL 60613

LAKEVIEW CHAMBER OF COMERCE
1609 WEST BELMONT
CHICAGO, IL 60657


LAMBRINATOS ROSIE
3637 WEST ARTHUR AVENUE
LINCOLNWOOD, IL 60712


LARRYS REPAIR SERVICE
6417 WEST 16th STREET
BERWYN, IL 60402


LEON, CHRISTIAN
2139 W. 24TH STREET
CHICAGO, IL 60608


LEZZA SPUMONI & DESSERTS, INC.
4001-09 ST. CHARLES RD
BELLWOOD, IL 60104


LITE TECH, INC.
3149 GLENWOOD - DYER ROAD
LYNWOOD, IL 60411


LOPEZ, JULIO
1043 S. MASON
CHICAGO, IL 60644


LOTECH SALES LLLP
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127


LOUIS GLUNZ BEER, INC.
7100 NORTH CAPITOL DRIVE
LINCOLNWOOD, IL 60712


LUCIAN PAMFILOIO
6254 NORTH RIDGELAND
CHICAGO, IL


LYWITZKI, LINDA D.
810 S. LOOMIS STREET #2 FRONT
CHICAGO, IL 60607

MACIAS, GERARDO
3001 N. KENNETH
CHICAGO, IL 60641


MAGJEROVSKA, ALEKSANDRA
5550 N KENMORE 808
CHICAGO, IL 60640


MARTINEZ, ARMANDO
3221 N. CENTRAL PARK
CHICAGO, IL 60618


MARTINEZ, DIANA S.
4956 W OAKDALE
CHICAGO, IL 60641


MARTINEZ, JOANNA B.
3625 W WRIGHTWOOD
CHICAGO, IL 60647


MARTINEZ, YESENIA E.
4738 N. KEDVALE
CHICAGO, IL 60630


MC CULLOUGH, STEPHEN L.
1028 W. ROSCO GARDEN APT
CHICAGO, IL 60657


MENDOZA, JUAN C.
1043 S. MASON
CHICAGO, IL 60644


MENDOZA, JULIO
6444 N. DAMEN
CHICAGO, IL 60660


MERCHANT SERVICES
MAIL DROP 1MOC3D
CINCINNATI, OH 45263


MI TIERRA
1039 WEST BELMONT AVENUE
CHICAGO, IL 60657

MICHELANGELO PAINTING COMPANY
9826 NORWOOD STREET
ROSEMONT, IL 60018-4428


MIDWEST INDUSTRIAL LIGHTING, I
919 WEST 38TH STREET
CHICAGO, IL 60609


MINOAN CORPORATION
3550 WEST NORTHSHORE
LINCOLNWOOD, IL 60712-3749


MINUTEMAN INTERNATIONAL, INC.
P.O. BOX 13294
NEWARK, NJ 07101-3294


MORALES, MARCOS
4069 N. KENMORE
CHICAGO, IL 60613


MUNDO DEVELOPMENT COMPANY
P.O. BOX 389114
CHICAGO, IL 60638


NANEZ, ROBERTO
5038 S. CAMPBELL
CHICAGO, IL 60632


NATALIA SHATROVA
2956 NORTH SPAULDING AVENUE
CHICAGO, IL 60618


NATIONAL DETAIL SUPPLY
201 PENN CENTER BLVD #400
PITTSBURG, PA 15235


NAVA, ADAM
1433 W. CARMIN
CHICAGO, IL 60640


NEO NETWORKS, INC.
4030 OVERHILL AVENUE
NORRIDGE, IL 60706

NICHOLS, KARA
2724 ROSLYN LANE
CHICAGO, IL 60035


NUCO 2 LLC
P.O BOX 9011
STUART, FL 34995


OLIVARES, JUAN
2055 N CICERO
CHICAGO, IL 60639


OLIVITO, NICHOLAS E.
1402 WASHINGTON STREET
LOCKPORT, IL 60441


ORESTIS CONSTRUCTION CO.
4239 NORTH HAMLIN AVE
CHICAGO, IL 60618


OSORTO, WALESKA P.
3118 N, ST LOUIS
CHICAGO, IL 60618


P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PADILLA, WILSON
3125 W. WILSON AVE
CHICAGO, IL 60625


PAREDES, MAURICIO
3024 SOUTH PULASKI
CHICAGO, IL 60623


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PAYLOCITY PAYROLL
3850 NORTH WILKE ROAD
ARLINGTON HTS, IL 60004

PDQ UPHOLSTERY
500 REDWOOD COURT
NORTH AURORA, IL 60542


PEOPLE GAS
CHICAGO, IL 60687


PERALTA, BELEN
3501 W. BELDEN
CHICAGO, IL 60647


PERRY LOCK AND DOOR SVC INC
P.O. BOX 497
WILLOW SPRINGS, IL 60480


PETERSON, KARISSA A.
3041 N. SHEFFIELD AVE
CHICAGO, IL 60657


PRIME TIME SPORTS LLC
2819 KIRCHOFF ROAD
ROLLING MEADOWS, IL 60008


PUSKO, VALERIA I.
510 W. BELMONT APT 1909
CHICAGO, IL 60657


QUALITY MAINTENANCE COMPANY, I
100 ENTRY DRIVE
BENSENVILLE, IL 60106


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDOLPH PARTNERS 1040 SERIES
740 NO RUSH ST
CHICAGO, IL 60611


RICHARDSON, KRISTIN
3817 N. WAYNE AVE
CHICAGO, IL 60613

RICK'S SIGNS REPAIRS
P.O. BOX 115
FOX RIVER GROVE, IL 60021


RIVER NORTH SALES-SERVICE
SUITE 1196
CHICAGO, IL 60675-1196


SALGADO, JESSICA
2057 W. CHASE
CHICAGO, IL 60645


SANCHEZ, CESAR
3142 W. 42ND PLACE
CHICAGO, IL 60632


SCHOENBERG FINKEL NEWMAN&ROSEN
222 SOUTH RIVERSIDE PLAZA
CHICAGO, IL 60606


SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICE
SPRINGFIELD, IL 62756


SECURE PRODUCTS CORPORATION
P.O. BOX 914
HILLSIDE, IL 60162


SEGURA, JAVIER
5842 W EDDY
CHICAGO, IL 60634


SHATROVA, NATALIA
2956 N SPAULDING AVE
CHICAGO, IL 60688


SHAVKUNOVA, IRINA
511 W. BELMONT #37
CHICAGO, IL 60657


SIMEONOVA, GABRIELA Z.
6118 N SHERIDAN #910
CHICAGO, IL 60660

SIXTO, SAUL
3151 W BELLE PLAINE
CHICAGO, IL 60618


SKOKIE VALLEY BEVERAGE
199 SHEPARD AVENUE
WHEELING, IL 60090


SMITHEREEN PEST MANAGEMENT
7400 NORTH MELVINA AVE
NILES, IL 60714-3908


SOUTHERN WINE & SPIRITS OF ILL
135 SOUTH SOUTH LASALLE STREET
CHICAGO, IL 60674-2971


STATE WIDE BOARD- UP
4904 N. OZARK
NORRIDGE, IL 60706


STEPHEN MC CULLOUGH
1028 WEST ROSCOE
CHICAGO, IL 60657


STRATOS FOODS INC
314 N. LEAVITT
CHICAGO, IL 60612


SUBI IMAMOVIC
6536 NORTH CALIFORNIA AVENUE
CHICAGO, IL 60645


TANVIR, NIMRA
1013 BOB-O-LINK
DARIEN, IL 60561


TIERRA ENVIRONMENTAL & INDUSTR
3821 INDIANAPOLIS BLVD
EAST CHICAGO, IN 46312


TORRES, CRUZ
3221 N. CENTRAL PARK
CHICAGO, IL 60618

TORRIJOS, JORGE L.
1142 WEST LAWRENCE AVE
CHICAGO, IL 60632


TRIMARK MARLINN, INC.
DEPT. CH 17131
PALATINE, IL 60055-7131


TRITZ BEVERAGE SYSTEMS, INC.
P.O. BOX 754
GRAYSLAKE, IL 60030


TURANO BAKING COMPANY
36749 EAGLE WAY
CHICAGO, IL 60678-1367


TWOHILL, JESSICA L.
3820 N PAULINA
CHICAGO, IL 60613


UNIQUE PRODUCTS AND SERVICE CO
P.O. BOX 66516
CHICAGO, IL 60666


VALADEZ, FRANCISCO
4515 N SAWYER
CHICAGO, IL 60625


VANGELIS KONSTANTINIDIS
1243 FAW HOLLOW
WEST DUNDEE, IL 60118


VILLARREAL, CHRISTINA
1826 S MAY STREET
CHICAGO, IL 60608


WASTE MANAGEMENT
P.O. BOX 4648
CAROL STREAM, IL 60197-4648


WIRTZ BEVERAGE ILLINOIS
P.O. BOX 809180
CHICAGO, IL 60680-9180

YANEZ, COSME
5038 S CAMPBELL
CHICAGO, IL 60606


YANNIAS, WILLIAM J.
115 MARENGO AVE APT 604
FOREST PARK, IL 60130


YUEN, REGINA N.
5777 N ROGERS
CHICAGO, IL 60646